UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ROSA ENCALADA, and MARIA TERESA BUNAY
TENEMAZA,

                                           **Case No.: 25-cv-00709**

                         Plaintiff,

       -against-

                                           <u>**NOTICE OF APPEARANCE**</u>

CRAZY NAILS ON 82 INC., 145-06 ELITE NAILS INC.,
169-19 NAILS INC., 81 SALON INC., ENVY NAIL SALON
89-17, ANH DIEP DO, and SON DINH TRAN,
                                 Defendants.
-----------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans

& Associates, P.C., hereby appear as counsel for **CRAZY NAILS ON 82 INC., 145-06 ELITE**

**NAILS INC., 169-19 NAILS INC., 81 SALON INC., ENVY SALON 89-17, ANH DIEP DO,**

**and SON DIHN TRAN,** in the above-captioned action.  I certify that I am admitted to practice

before this Court.


Dated: Long Island City, New York
       April 25, 2025

                       STEPHEN D. HANS & ASSOCIATES, P.C.

                 By: ____*/s/Stephen D. Hans*_____
                   Stephen D. Hans (SDH-0798)
                   30-30 Northern Blvd, Suite 401
                   Long Island City, New York 11101
                   Tel: 718.275.6700
                   Email: shans@hansassociates.com